| | | |
|---|---|---|
| Caplan, Caplan & Caplan Process Serve<br>12555 Orange Drive<br>Suite 106<br>Davie, FL 33330<br>Phone: (954) 462-1800<br>Fax: (305) 854-4847<br>46-4588872 | **INVOICE** | Invoice #CPN-2015013890<br>4/14/2015<br> |

Bret Lusskin
BRET LUSSKIN, ESQ
20803 Biscayne Blvd
Suite 302
Aventura, FL 33180

**Case Number: Southern 15-CV-80460-ROSENBERG/BRANNON**

Plaintiff:
**JAMES LUCAS SOUTHAM, AND KARLA SOUTHAM,**

Defendant:
**HALSTED FINANCIAL SERVICES, LLC.,**

Received: 4/9/2015    Served: 4/10/2015 3:00 pm   LLC SERVICE - RA
To be served on: HALSTED FINANCIAL SERVICES, LLC. C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| OUT OF TOWN ORIGINAL | 1.00 | 65.00 | 65.00 |
| TOTAL CHARGED: | | | $65.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$65.00** |

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT OR INCLUDE THE INVOICE NUMBER ON YOUR CHECK.

WE NOW ACCEPT CREDIT CARDS VIA OUR WEB SITE.

******PLEASE NOTE OUR NEW TAX ID NUMBER*******

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0u